## DANIEL SUTHERLAND, CURATOR TO THE VACANT SUCCESSION OF PATRICK ROBERTSON, DECEASED, *versus* ANTOINE LASSELLE, JR.

JOURNAL ENTRIES (1815–16): *Journal 2:* (1) Rule to bring body *p. 445; (2) special bail *p. 451; (3) continued *p. 473; (4) declaration filed, rule to plead *p. 483; (5) motion to consolidate continued *p. 492; (6) debt remitted, judgment for costs *p. 520.
PAPERS IN FILE: (1) Capias and return; (2) declaration.
*Office Docket*, MS p. 16, c. 30; p. 40, c. 44.